IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GAY AND TIM MAULDING, | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | CASE NO. 4:09CV158 |
| | § | |
| | § | |
| TAYLOR, BEAN AND WHITAKER | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 26, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiffs' Motion for Temporary Injunction (Dkt. 1) and Plaintiffs' Motion for Extension of Time (Dkt. 11) should be DENIED and that this matter should be DISMISSED.

The court, having made a *de novo* review of the objections raised by Plaintiffs, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of Plaintiffs are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court. Plaintiffs' Motion for Temporary Injunction (Dkt. 1) and Plaintiffs' Motion for Extension of Time (Dkt. 11) are DENIED, and this

1

matter is DISMISSED.

**IT IS SO ORDERED.**

SIGNED this 23rd day of July, 2009.

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE